George C. Aucoin
The Law Office of George C. Aucoin, APLC
3500 N. Hullen Street
Metairie, LA 70002
(985) 727-2359
Fax: (985) 951-7490
aucoingc@att.net

Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE E. SAINT-FLEUR<br><br>                    Plaintiff,<br>v.<br><br>COUNTY OF FRESNO, CALIFORNIA,<br>AND DONNA TAYLOR, INDIVIDUALLY,<br><br>                    Defendants. | No. 1:10-CV-00026-OWW-JLT<br><br>FIRST STIPULATION TO EXTENSION OF CASE DEADLINES AND [PROPOSED] ORDER |

**RECITALS**

1.      The Court's Scheduling Conference Order establishes and orders the following deadlines: (1) October 1, 2010 for expert witness disclosures; (2) November 1, 2010 for rebuttal and supplemental expert witness disclosures; (3) December 10, 2010 for discovery cut-off; (4) December 27, 2010 for the filing of non-dispositive motions; and (5) January 27, 2010 for the filing of dispositive motions.

FIRST STIPULATION TO EXTENSION OF CASE DEADLINES
AND [PROPOSED] ORDER - 1

2. On October 2, 2010, Plaintiff Pierre E. Saint-Fleur served on Defendants County of Fresno and Donna Taylor his designation of two experts in this matter, Dr. Stan V. Smith and Andrew Rosen. Plaintiff's designations did not include an expert witness report for either expert as required by Rule 26 of the Federal Rules of Civil Procedure.

3. On October 15, 2010, Plaintiff served Defendants with the expert witness report of Dr. Smith, but did not serve any expert report by Mr. Rosen.

## STIPULATION

IT IS HEREBY STIPULATED between Plaintiff and Defendants through each of their undersigned counsel, that the Scheduling Conference Order be amended to: Expert Witness Designation on October 15, 2010; Rebuttal Expert Disclosure on November 15, 2010; Completion of All Discovery on or before December 20, 2010; Non-dispositive motions filed not later than January 10, 2011; and Dispositive motions filed not later than February 11, 2011.

DATED: October 26, 2010

By: /s/ George C. Aucoin
George C. Aucoin
The Law Office of George C. Aucoin, APLC
3500 N. Hullen Street
Metairie, LA 70002
(985) 727-2359
Fax: (985) 951-7490
aucoingc@att.net

Attorney for the Plaintiff

FIRST STIPULATION TO EXTENSION OF CASE DEADLINES
AND [PROPOSED] ORDER - 2

DATED: October 26, 2010

By:
Sloan Simmons
Lozano Smith, Attorneys at Law
One Capital Mall, Suite 640
Sacramento, CA 95814
(916) 329-7433
Fax: (916) 329-9050
ssimmons@lozanosmith.com
Attorney for Defendants

## ORDER

Based on the Stipulation of the parties hereto, and good cause appearing, therefore:

IT IS ORDERED that the parties shall be granted extensions of time in the Case Scheduling Conference Order (Doc. 16) to:  Expert Witness Designation on October 15, 2010; Rebuttal Expert Disclosure on November 15, 2010; Completion of All Discovery on or before December 20, 2010; All Non-Dispositive Pre-Trial Motions to be filed not later than January 10, 2011.

**The deadline for <u>filing dispositive pretrial motions</u>, and all other requirements of the Scheduling Conference Order, remains unchanged.**

IT IS SO ORDERED.

Dated:   **October 29, 2010**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

FIRST STIPULATION TO EXTENSION OF CASE DEADLINES
AND [PROPOSED] ORDER - 3