IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE E. SAINT-FLEUR,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO, et. al,<br><br>    Defendants. | CASE NO. 1:10-cv-00026 OWW JLT<br><br>ORDER EXCUSING PLAINTIFF'S ATTENDANCE AT SETTLEMENT CONFERENCE<br><br>(Doc. 24) |

On December 6, 2010, Plaintiff's counsel filed a letter explaining that Plaintiff has been placed on active military duty and cannot travel to Fresno for the settlement conference, scheduled for December 13, 2010. (Doc. 24) Counsel reports that Plaintiff will be available by telephone during the settlement conference. Id. In light of this situation, the Court **GRANTS** Plaintiff's request to be excused from personally appearing at the settlement conference.

IT IS SO ORDERED.

Dated:   **December 7, 2010**                              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE