George C. Aucoin, Louisiana Bar No. 24747
**LAW OFFICES OF GEORGE C. AUCOIN, APLC**
3500 Hullen Street
Metairie, LA 70002
Telephone: (985) 727-2263
Facsimile:  (985) 951-7490
Email: aucoingc@att.net

Attorney for Plaintiff

Jerome E. Behrens, SBN 060550
Mark Kitabayashi, SBN 125822
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone:     (559) 431-5600
Facsimile:      (559) 261-9366
Email: ssimmons@lozanosmith.com

Attorneys for Defendants

UNITIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE E. SAINT-FLEUR,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF FRESNO, CALIFORNIA and DONNA TAYLOR, INDIVIDUALLY,<br><br>            Defendants. | Case No. 1:10-CV-00026-OWW-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; and ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff PIERRE E. SAINT-FLEUR, through
2 his attorney of record The Law Offices of George C. Aucoin, APLC and Defendants COUNTY OF
3 FRESNO and DONNA TAYLOR, through their attorneys of record the law firm Lozano Smith by Sloan
4 R. Simmons, Esq., that the complaint and entire action in the above-captioned case be DISMISSED
5 WITH PREJUDICE pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: January 6, 2011                                          Respectfully submitted,

                                                                LAW OFFICES OF GEORGE C. AUCOIN


                                                                /s/George C. Aucoin
                                                                GEORGE C. AUCOIN
                                                                Attorney for Plaintiff
                                                                PIERRE E. SAINT-FLEUR

Dated: December 28, 2010                                        Respectfully submitted,

                                                                LOZANO SMITH


                                                                /s/Sloan R. Simmons
                                                                JEROME M. BEHRENS
                                                                MARK K. KITABAYSHI
                                                                SLOAN R. SIMMONS
                                                                Attorneys for Defendants
                                                                COUNTY OF FRESNO and
                                                                DONNA TAYLOR

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

Stip. for Dismissal; Order                 2                    Saint-Fleur v. County of Fresno et al.
                                                                Case No. 1:10-CV-00026-OWW-JLT

**ORDER**

Based upon the instant STIPULATION, the Plaintiff's complaint and action in *Saint-Fleur v. County of Fresno et al.*, Case No. 1:10-CV-00026-OWW-JLT, is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **January 7, 2011**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE